UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| KHOANH A. LAM, | ) | Case No. CV 08-3131-GHK(AJW) |
| Petitioner, | ) ) | |
| v. | ) ) | JUDGMENT |
| ANTHONY HEDGPETH, Warden, | ) ) | |
| Respondent. | ) ) | |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: _____7/18/10_____

_____
George H. King
United States District Judge